In the Matter of FRANCIS KINNERNEY, Appellant, against MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF HORNELL, Respondent.

Submitted January 5, 1942; decided January 15, 1942.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 599.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING NITZBERG, Appellant.

Submitted January 5, 1942; decided January 15, 1942.

Motion for reargument denied. Our opinion said nothing respecting the ultimate sufficiency or insufficiency of the admissible evidence on either side. (See 287 N. Y. 183.)

In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of CATHERINE JAMES, Deceased, Respondent.

HELEN V. Z. ANTHONY et al., Appellants.

Submitted January 5, 1942; decided January 15, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 645.)

In the Matter of MINNIE YOUNG, Appellant, against FREDERICK J. H. KRACKE et al., Constituting the Board of Assessors of the City of New York, Respondents.

Submitted January 5, 1942; decided January 15, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 634 )